IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SCOTT A. DANIELS,**

    **Petitioner,**

**vs.**                                        **CASE NO. 5:09-cv-328/RS-EMT**

**KENNETH S. TUCKER,**

    **Respondent.**

_____ /

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 69). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Amended Petition for Writ of Habeas Corpus (Doc. 11) is **DENIED**.

3. The certificate of appealability is **DENIED** because Plaintiff has not made a substantial showing of a denial of a Constitutional right.

4. Petitioner's second Motion to Extend Time for Filing Objections (Doc. 45) is **DENIED**.

5. The clerk is directed to close the file.

**ORDERED** on February 3, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**